1 | BENJAMIN B. WAGNER
United States Attorney
2 | PAUL A. HEMESATH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

**FILED**
MAR 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 970-689-6113 | CASE NO. 2:15-SW-0~~559~~ 638 CKD<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |
|---|---|

The United States has represented that there exists an ongoing investigation into the narcotics trafficking and money laundering activities of the parties named in the application and order, signed December 10, 2015, which authorized agents of DEA to ascertain the physical location of the cellular telephones currently assigned (970) 689-6113 and (628) 300-8054: ("TARGET CELL PHONES"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONES (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed until May 13, 2016.

/ / /

/ / /

/ / /

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: 3/29/2016

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE