**SEALED**
**FILED**
AUG 0 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:           CASE NO. 2:15-SW-0638 CKD

12 THE CELLULAR TELEPHONE ASSIGNED           [~~PROPOSED~~] ORDER DELAYING NOTICE
   CALL NUMBER 970-689-6113
13                                           **UNDER SEAL**

14

15     The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking and money laundering activities of the parties named in the application and order, signed

17 December 10, 2015, which authorized agents of DEA to ascertain the physical location of the cellular

18 telephones currently assigned (970) 689-6113 and (628) 300-8054: ("TARGET CELL PHONES"),

19 including but not limited to E-911 Phase II data (GPS and/or other precise location information)

20 concerning the TARGET CELL PHONES (the "Requested Information"), for a period of 30 days.

21     The government has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed until November 6, 2016.

26 ///

27 ///

28 ///

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 8/8/16

Hon. Allison Claire
U.S. MAGISTRATE JUDGE