1 PHILLIP A. TALBERT
Acting United States Attorney
2 PAUL A. HEMESATH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:              CASE NO. 2:15-SW-0638

12 THE CELLULAR TELEPHONES ASSIGNED             [PROPOSED] ORDER DELAYING NOTICE
CALL NUMBER 970-689-6113 and (628) 300-
8054                                           **UNDER SEAL**
13

14

15        The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking and money laundering activities of the parties named in the application and order, signed

17 December 10, 2015, which authorized agents of DEA to ascertain the physical location of the cellular

18 telephones currently assigned (970) 689-6113 and (628) 300-8054: ("TARGET CELL PHONES"),

19 including but not limited to E-911 Phase II data (GPS and/or other precise location information)

20 concerning the TARGET CELL PHONES (the "Requested Information"), for a period of 30 days.

21        The government has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24        Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed until May 5, 2017.

26 / / /

27 / / /

28 / / /

ORDER DELAYING NOTICE                            1

1    Should the United States seek further postponement of the time within which it must serve the

2  notice, it shall make further application to this Court.

3    IT IS SO ORDERED.

4

5  Dated:   2/16/17                          _____

6                                            Hon. Allison Claire
                                             U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28